UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIFFANY E. LARRY,

                        NO. CIV. S-11-1075 LKK/EFB PS

    Plaintiff,

  v.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEM;
WASHINGTON MUTUAL BANK;          <u>O R D E R</u>
WELLS FARGO BANK, N.A.;
NDEX WEST, LLC, and
DOES 1-50, inclusive,

    Defendants.
                            /

    It has come to the court's attention that the court has opened a minimal account for his daughter with Washington Mutual Bank. Upon review and consideration of the case, the court determines that this interest presents no conflict in the fair adjudication of the case and that recusal is not necessary.

    IT IS SO ORDERED.

    DATED:  April 25, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1